UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| United States of America, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 11-57-PB |
| | ) |
| Land and Buildings Located at 6238 Kahiliholo Road, #C, Kilauea, Hawaii, with all Appurtenances and Improvements Thereon, Titled to the Garden of Edan Irrevocable Trust; et al, | ) ) ) ) |
| | ) |
| Defendants *in rem*. | ) |
| _____ | ) |

**MOTION TO DISMISS DEFENDANTS
*IN REM* (4) - (7), (9) - (12), (19) AND (22)**

The United States moves to dismiss the remaining defendants *in rem* (4) One Raging Bull Movie Poster, Autographed by Robert De Niro; (5) One Cream Concert Poster 1968, Autographed by Ginger Baker; (6) One Madonna "Music" Poster, Autographed by Madonna with Certificate of Authenticity; (7) One Traffic Movie Poster, Autographed by Michael Douglas, Don Cheadle, Benicio Del Toro, Dennis Quaid and Catherine Zeta-Jones; (9) One Easy Rider Movie Poster, Autographed by Peter Fonda, Jack Nicholson and Dennis Hopper; (10) One Casino Movie Poster, Autographed by Robert De Niro, Sharon Stone, Joe Pesci & Martin Scorsese; (11) One Goodfella's Movie Poster, Autographed by Ray Liota, Robert De Niro, Joe Pesci and Martin Scorsese; (12) One Scarface Movie Poster, Autographed by Al Pacino; (19) Two Koa Wood Eight-Drawer Bureaus; and (22) One Koa Wood Cabinet With Ventilated Front, from this case.

These assets were never located, or seized, by federal agents. All of the other assets in this case have been forfeited.

The United States respectfully requests that the above-referenced defendants *in rem* be dismissed from the case.

                                        Respectfully submitted,

                                        JOHN P. KACAVAS
                                        United States Attorney

Dated: July 13, 2012          By: /s/ Robert J. Rabuck
                                        Robert J. Rabuck
                                        NH Bar # 2087
                                        Assistant U.S. Attorney
                                        District of New Hampshire
                                        53 Pleasant Street
                                        Concord, New Hampshire
                                        603-225-1552
                                        rob.rabuck@usdoj.gov